IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00450-JRG |
| vs. | § § | LEAD CASE |
| CITIBANK NA | § § | |
| Defendant. | § § | |
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00447-JRG |
| vs. | § § | CONSOLIDATED CASE |
| HSBC BANK USA, NATIONAL ASSOCIATION | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Symbology Innovations, LLC's motion to dismiss with prejudice Defendant HSBC Bank USA, National Association pursuant to Fed. R. Civ. P. 41(a) (Dkt. No. 139).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 16th day of December, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE